# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALYSSA TRUEHART, an individual; BRIGGETTE MUNNIS, an individual; and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DARTMOUTH CLUBS, INC. dba KING'S INN PREMIER GENTLEMEN'S CLUB, a Massachusetts Corporation; CRAIG J. CABRAL, an individual; CREEP DOE MANAGER, an individual; PAULIE DOE MANAGER, an individual; KIMBERLY DOE MANAGER, an individual; DOE MANAGERS 4-6; and DOES 7-10, inclusive, <br><br> Defendants. | **Civil Action No.: 1:20-CV-10374-DJC** <br><br> **COLLECTIVE ACTION** <br><br> **PLAINTIFFS' MOTION FOR APPROVAL OF FLSA SETTLEMENT** |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that plaintiffs Alyssa Truehart ("Truehart"), Briggette Munnis ("Munnis"), Malkiah Cunningham ("Cunningham"), Sienna Barboza ("Barboza"), Michaelia Davis ("Davis"), Cassia DePaula ("DePaula"), Jessica Fernandez ("Fernandez"), Telecia Franklin ("Franklin"), Briana McCants Phan ("Phan"), Abigail Quintal ("Quintal"), Clarissa Sanchez ("Sanchez"), and Sabrina Wright ("Wright") (collectively, "Plaintiffs"), by and through their undersigned counsel, and hereby request approval of the settlement agreements (the "Agreements") reached between the Parties.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the declaration and exhibits thereto, the pleadings, and all other papers on file in this action, and upon such other evidence and arguments as may be presented at the hearing on this matter. The Agreements are attached as exhibits to the Declaration of John P. Kristensen filed concurrently with this Motion. *See* Declaration of John P. Kristensen ("Kristensen Decl.") ¶ 2, Exhibits ("Exs.") 1-12. Defendants do not oppose this Motion as Court approval is required before the Settlements could be effectuated.

Dated: August 11, 2021

/s/ *John P. Kristensen*
John P. Kristensen
California Bar No. 224132
(*Pro Hac Vice*)
**KRISTENSEN LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906
*john@kristensenlaw.com*

Chip Muller
(BBO#672100)
**MULLER LAW LLP**
47 Wood Avenue
Barrington, RI 02806
Telephone: (401) 256-5171

<div style="margin-left:40%">

Fax: (401) 256-5025
*chip@mullerlaw.com*

Jarrett L. Ellzey
Texas Bar No. 24040864
(*Pro Hac Vice*)
**ELLZEY & ASSOCIATES, PLLC**
1105 Milford Street
Houston, TX 77066
Telephone: (713) 554-2377
Fax: (888) 995-3335
*jarrett@hughesellzey.com*

***Attorneys for Plaintiffs***

</div>

## **CERTIFICATE OF SERVICE**

      I certify that on Wednesday, August 11, 2021, a true and correct copy of the attached **PLAINTIFFS' MOTION FOR APPROVAL OF FLSA SETTLEMENT** was served via CM/ECF on all participants of record upon the following parties pursuant to Fed. R. Civ. P. 5:

Patrick T. Matthews, Esq.
B.B.O.# 629498
Brian M. Tavares
B.B.O.# 685949
Coastal Legal Affiliates, P.C.
P.O. Box 1870
Fall River, MA 02722
Tel: (508) 676-6900
Fax: (508) 676-9908
Email:
ptmatthews@fallriverattorneys.com
btavares@fallriverattorneys.com

*Counsel for Defendants*

                                                       */s/ John P. Kristensen*
                                                          John P. Kristensen