# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALYSSA TRUEHART, an individual; BRIGGETTE MUNNIS, an individual; and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DARTMOUTH CLUBS, INC. dba KING'S INN PREMIER GENTLEMEN'S CLUB, a Massachusetts Corporation; CRAIG J. CABRAL, an individual; CREEP DOE MANAGER, an individual; PAULIE DOE MANAGER, an individual; KIMBERLY DOE MANAGER, an individual; DOE MANAGERS 4-6; and DOES 7-10, inclusive,<br><br>    Defendants. | Civil Action No.: 1:20-CV-10374-DJC<br><br>**COLLECTIVE ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF FLSA SETTLEMENT** |

This Court, having considered plaintiffs Alyssa Truehart, Briggette Munnis, Malkiah Cunningham, Sienna Barboza, Michaelia Davis, Cassia DePaula, Jessica Fernandez, Telecia Franklin, Briana McCants Phan, Abigail Quintal, Clarissa Sanchez, and Sabrina Wright (collectively, "Plaintiffs") Motion for Approval of FLSA Settlements, the brief, declaration and supporting exhibits, and good cause appearing, the Court makes the following Order:

The Court finds the settlement to be fair and reasonable pursuant to the FLSA.

Therefore, the Court hereby **GRANTS** the Motion and rules as follows:

The Settlements amounting to a total of $292,000 are approved and $149,562.46 is allocated to Plaintiffs as detailed in the Settlement Agreements (Exhibits 1-12 of the Declaration of John P. Kristensen) and $131,400 in attorneys' fees are reasonable as are the $11,037.54 in costs.

**IT IS SO ORDERED.**

Dated: October 1, 2021

*Denise J. Casper*
Honorable Denise J. Casper
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on Wednesday, September 29, 2021, a true and correct copy of the attached **ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF FLSA SETTLEMENT** was served via CM/ECF on all participants of record upon the following parties pursuant to Fed. R. Civ. P. 5:

Patrick T. Matthews, Esq.
B.B.O.# 629498
Brian M. Tavares
B.B.O.# 685949
Coastal Legal Affiliates, P.C.
P.O. Box 1870
Fall River, MA 02722
Tel: (508) 676-6900
Fax: (508) 676-9908
Email:
ptmatthews@fallriverattorneys.com
btavares@fallriverattorneys.com

*Counsel for Defendants*

*/s/ John P. Kristensen*
John P. Kristensen